1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

11 | OMAR AYALA, individually and on behalf
of all others similarly situated and
12 | aggrieved,

13 | Plaintiff,

14 | v.

15 | ZODIAC POOL SYSTEMS LLC, et al.,

16 | Defendants.

17

Case No.:  20cv1381-H(MSB)

**ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER WITH MODIFICATION [ECF NO. 10]**

18

19    On September 2, 2020, the parties filed a joint motion asking the Court to enter

20 their Protective Order.  (ECF No. 10.)  The Court has considered the Stipulated

21 Protective Order and, for good cause shown, **GRANTS** the joint motion and enters the

22 Protective Order attached as Exhibit A to the motion [ECF No. 10-1] with the following

23 modification:

24 / / /

25 / / /

26 / / /

27 / / /

28

1

Paragraph 32 should read: "At the election of any party who claims a violation of this Stipulated Protective Order, this Court will retain jurisdiction for a period of **one (1) year** after the final disposition of this case to construe, enforce, and/or amend the provisions of this Stipulated Protective Order."

**IT IS SO ORDERED.**

Dated:  September 2, 2020

Honorable Michael S. Berg
United States Magistrate Judge